UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Elaine Swinford</u>

            v.                                  Civil No. 06-cv-488-JD

<u>Commissioner,</u>
<u>US Social Security Administration</u>


<u>O R D E R</u>

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Arenas dated August 8, 2007, for the reasons stated therein. The Clerk shall enter judgment in favor of the defendant and close the case.

    SO ORDERED.


August 22, 2007                                  /s/Joseph A. DiClerico, Jr.
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge


cc:    Peter K. Marsh, Esq.
        David L. Broderick, AUSA